UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MAROM, ET AL,

                Petitioners,

-against-

TOWN OF GREENBURGH, ET AL,

                Respondents.

23-CV-232 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 9, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 9, 2023
             New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge